IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

**JAMES KENDRICK,**                                                                                          **PLAINTIFF**

**VS.**                                                              **CIVIL ACTION NO.: 3:14-CV-96-HTW-LRA**

**BROWN'S COMMUNICATIONS, INC.** *et al*.                              **DEFENDANTS**

## ORDER MOOTING CERTAIN MOTIONS

Before this court are the Plaintiff's Motion to Compel **[Docket no. 106]** and the Plaintiff's Motion to Extend February 1, 2016 Deadline **[Docket no. 120]**.

This day, September 30, 2016, this court held a Telephonic Conference with all parties. This court announced its Findings of Fact and Conclusions of Law, and the basis for such. A court reporter transcribed the bench ruling. This court adopts the transcript of that conversation as a part of this order. The transcript will reflect this court's review of the relevant case law, and the findings of this court.

This court has considered all of the submissions of the parties, reviewed docket sheet, and transcripts of hearings in this matter and is persuaded the above mentioned motions are hereby MOOT, thus denied.

**SO ORDERED** this 30TH day of September, 2016.

                                                                    s/ HENRY T. WINGATE_____
                                                                    UNITED STATES DISTRICT COURT JUDGE